UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DeJUAN CARTER,

    Plaintiff,

v.

                      CASE NO: 2:15-cv 11370
                      HON: ROBERT H. CLELAND
                      MAG. MONA K. MAJZOUB

REDFORD TOWNSHIP and J. HAAS,
in his individual and official capacities,

    Defendants.

| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>AMY J. DEROUIN (P70514)<br>SHAWN C. CABOT (P64021)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI  48386<br>(248) 886-8650<br>shawn.cabot@cjtrainor.com | CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.<br>JEFFREY R. CLARK (P33074)<br>33900 Schoolcraft Road<br>Livonia, MI 48150<br>734-261-2400<br>734-261-4510-fax<br>jclark@cmda-law.com |
|---|---|

### STIPULATED PROTECTIVE ORDER FOR INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF

    **UPON STIPULATION** of the parties and the Court being otherwise fully advised in the premises;

    **IT IS HEREBY ORDERED** that Plaintiff shall appear for an Independent Medical Examination on a mutually convenient date, time, and place to be determined by Counsel for the parties; and which can take place after the court-imposed discovery cut-off date.

**IT IS FURTHER ORDERED** that Defendants' Independent Medical Examiner shall not perform any invasive procedures without the prior consent of Plaintiff's Counsel or Order of the Court.

**IT IS FURTHER ORDERED** that Plaintiff shall be permitted to have his attorney or other third party of Plaintiff's choosing present.

**IT IS FURTHER ORDERED** that Plaintiff's Counsel shall be provided a copy of any report(s) generated as a result of Plaintiff's Independent Medical Examination.

**IT IS FURTHER ORDERED** that Plaintiff's Counsel be permitted to take the discovery deposition of Defendants' Independent Medical Examiner prior to the examiner's trial testimony.

**IT SO ORDERED.**

Dated: February 17, 2016

                                              s/Robert H. Cleland
                                              **HONORABLE ROBERT H. CLELAND**

We hereby stipulate to the above Order:

**s/Shawn C. Cabot**
Shawn C. Cabot (P64021)
Attorney for Plaintiff

**s/Jeffrey R. Clark w-consent**
Jeffrey R. Clark (P33074)
Attorney for Defendants